IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BRIAN K. VOLLMER,                          )
                                           )
        Plaintiff,                         )
                                           )
            vs.                            )        Case No. 20-cv-537-RJD[1]
                                           )
COMMISSIONER of SOCIAL SECURITY,           )
                                           )
        Defendant.                         )

## MEMORANDUM AND ORDER

**DALY, Magistrate Judge:**

This matter comes before the Court on the parties' Joint Motion to Remand to the Commissioner. (Doc. 24).

The parties ask that this case be remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). A sentence four remand (as opposed to a sentence six remand) depends upon a finding of error, and is itself a final, appealable order. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991); *Perlman v. Swiss Bank Corporation Comprehensive Disability Protection Plan*, 195 F.3d 975, 978 (7th Cir. 1999). Upon a sentence four remand, judgment should be entered in favor of plaintiff. *Shalala v. Schaefer*, 509 U.S. 292, 302-303 (1993).

For good cause shown, the parties' Joint Motion to Remand (Doc. 24) is **GRANTED**. The parties agree that, on remand, the ALJ will evaluate whether Plaintiff could perform his past relevant work or a significant number of jobs existing in the national economy and issue a new decision. Plaintiff applied for disability benefits in May 2017. (Doc. 15, p. 17). While recognizing

---

[1] This case was assigned to the undersigned for final disposition upon consent of the parties pursuant to 28 U.S.C. §636(c). Doc. 10.

that the agency has a full docket, the Court urges the Commissioner to expedite this case on remand.

The final decision of the Commissioner of Social Security denying Plaintiff's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

The Clerk of Court is directed to enter judgment in favor of plaintiff.  All pending motions are moot.

**IT IS SO ORDERED.**

**DATED:  January 27, 2021.**


s/*Reona J. Daly*
**REONA J. DALY**
**UNITED STATES MAGISTRATE JUDGE**