IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BRIAN K. VOLLMER )
)
    Plaintiff, )
)
      vs. )    Case No. 20-cv-537-RJD
)
COMMISSIONER of SOCIAL SECURITY, )
)
    Defendant. )

## MEMORANDUM AND ORDER

**DALY, Magistrate Judge:**

This matter comes before the Court on Plaintiff's Petition to Award Attorney's Fees pursuant to the Equal Access to Justice Act (Doc. 27). Plaintiff asks for an award of attorney's fees in the amount of $3,760.50. Defendant responded that he has no objection to the fees sought (Doc. 28).

The Court finds that Plaintiff is the prevailing party and is entitled to an award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(B). The Court further finds that the amount sought is reasonable and appropriate. Therefore, Plaintiff's Petition to Award Attorney's Fees (Doc. 27) is **GRANTED**. The Court awards Plaintiff attorney's fees in the amount of $3,760.50 (three thousand, seven hundred and sixty dollars and fifty cents). This award shall fully and completely satisfy any and all claims for fees and expenses that may have been payable to Plaintiff in this matter under the Equal Access to Justice Act, 28 U.S.C. § 2412. This order does not address Plaintiff's costs.

Any fees paid belong to Plaintiff and not his attorney and can be offset to satisfy any pre-existing debt that Plaintiff owes the United States. *Astrue v. Ratliff*, 560 U.S. 586 (2010). If Defendant can verify that Plaintiff does not owe a pre-existing debt to the government subject to

offset, Defendant will direct that the award be made payable to Plaintiff's attorney pursuant to the

EAJA assignment duly signed by Plaintiff and Counsel.  If there is a debt and any funds are

remaining, payment shall issue in Plaintiff's name, but shall be mailed to Plaintiff's counsel at 55

Grasso Plaza, Suite 6964, St. Louis, Missouri, 63123.

**IT IS SO ORDERED.**

**DATED:  February 11, 2021**

*s/ Reona J. Daly*
**Hon. Reona J. Daly**
**United States Magistrate Judge**